# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VERIFY SMART CORP.,<br><br>                  Plaintiff,<br>    v.<br><br>BASECAMP, INC.,<br><br>                  Defendant. | **2:16-cv-00239-JRG**<br><br>**LEAD CASE** |
| VERIFY SMART CORP.,<br><br>                  Plaintiff,<br>    v.<br><br>SALESFORCE.COM, INC.,<br><br>                  Defendant. | **2:16-cv-00237-JRG**<br><br>**CONSOLIDATED CASE** |

## ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant Salesforce.com, Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 23). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against Salesforce.com, Inc. are DISMISSED with prejudice.

**So ORDERED and SIGNED this 27th day of June, 2016.**

                                                    RODNEY GILSTRAP
                                                    UNITED STATES DISTRICT JUDGE